Octavio Cardona-Loya II, Esq. SBN 255309
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200-B
Chula Vista, CA  91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GARCIA, JR., an individual, ) | Case No: 2:16-cv-05627-R-PJW |
| ) | |
| Plaintiff, ) | **Joint Stipulation for Dismissal of Entire** |
| ) | **Action With Prejudice** |
| v. ) | |
| ) | |
| PROBER & RAPHAEL, a law ) | |
| corporation; et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff ANTONIO GARCIA, JR. and Defendant PROBER & RAPHAEL hereby jointly move this Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATE:  May 3, 2018                    BY: /s/Octavio Cardona-Loya II            .
                                       Octavio Cardona-Loya II
                                       Attorney for Plaintiff

DATE:  May 3, 2018                    BY: /s/Homan Mobasser                     .
                                       Homan Mobasser
                                       Attorney for Defendant

## Signature Certification

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all of other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

DATE: May 3, 2018                              BY: /s/Octavio Cardona-Loya II              .
                                               Octavio Cardona-Loya II
                                               Attorney for Plaintiff