# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GARCIA, JR., an individual, ) | Case No: 2:16-cv-05627-R-PJW |
| ) | |
| Plaintiff, ) | **ORDER RE: JOINT STIPULATION OF** |
| ) | **DISMISSAL OF ENTIRE ACTION** |
| v. ) | |
| ) | |
| PROBER & RAPHAEL, a law ) | |
| corporation; et al., ) | |
| ) | |
| Defendants. ) | |

Having considered the parties' Joint Stipulation, this entire action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Date: May 7, 2018

_____
UNITED STATES DISTRICT JUDGE